**Opinion issued April 9, 2013.**



In The

# Court of Appeals

For The

## First District of Texas

———————————

## NO. 01-12-01122-CV

———————————

### IN RE EDWARD ROY NEWSOME, Relator

---

**Original Proceeding on Petition for Writ of Mandamus**

---

### MEMORANDUM OPINION

By petition for writ of mandamus, relator, Edward Roy Newsome, seeks relief from a trial court judgment.

We **deny** the petition for writ of mandamus. All pending motions are dismissed as moot.

PER CURIAM

Panel consists of Justices Jennings, Bland, and Massengale.